THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTONIO CUMBO, Appellant.

(Argued January 15, 1934; decided February 27, 1934.)

*Ira H. Morris* and *Charles E. Bostwick* for appellant.
*Ray F. Fowler*, District Attorney (*Anthony Miceli* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.